IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JONATHON STIDHAM, <br> Defendant. | CASE NO. 8:21CR90 <br><br> WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)   The defendant affirms receiving a copy of the Choose an item.;

(2)   The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)   The defendant pleads not guilty to all counts of the Choose an item..

_jonathon stidham_    _6/23/21_
Defendant              Date

_Julie Hansen_         _6/23/2021_
Attorney for Defendant  Date

**ORDER**

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __24__ day of __June__, 20_21_.

BY THE COURT:

_Susan M Bazis_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT