## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:21CR90** |
| vs. | ) | |
| | ) | |
| **JONATHON J. STIDHAM, JUSTIN T. HAIL, ROBERT A. HOOD, LINDSEY J. GARCIA, JUSTIN B. AMES, and FERNANDO LOPEZ-REYES,** | ) ) ) ) | **ORDER** |
| Defendants. | | |

This matter is before the court on defendant, Lindsey Garcia's unopposed Motion to Continue Trial [134]. Counsel needs additional time to conduct plea negotiations. For good cause shown,

**IT IS ORDERED** that the Motions to Continue Trial [134] is granted, as follows:

1. The jury trial, **for all defendants**, now set for January 3, 2022, is continued to **March 7, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **March 7, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny continuity of counsel and counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **December 14, 2021.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED:** December 7, 2021.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**