IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JONATHON J. STIDHAM, JUSTIN T. HAIL, ROBERT A. HOOD, JUSTIN B. AMES, and FERNANDO LOPEZ-REYES,<br><br>              Defendants. | **8:21CR90**<br><br>**ORDER** |

      This matter is before the court on the defendant, Fernando Lopez-Reyes's Motion to Continue Trial [145].  Counsel needs additional time to resolve the matter short of trial.  For good cause shown,

      **IT IS ORDERED** that the Motion to Continue Trial [145] is granted, as follows:

1. The jury trial, **for all defendants**, now set for March 7, 2022, is continued to **June 20, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 20, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

      **DATED: February 17, 2022**.

                                          **BY THE COURT:**

                                          **s/ Susan M. Bazis**
                                          **United States Magistrate Judge**