IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JONATHON J. STIDHAM, JUSTIN T. HAIL, ROBERT A. HOOD, JUSTIN B. AMES, and FERNANDO LOPEZ-REYES,<br><br>    Defendants. | 8:21CR90<br><br>ORDER |

This matter is before the court on the defendant Robert A. Hood's Motion to Continue Trial [154] and defendant Fernando Lopez-Reyes's Motion to Continue Trial [155]. Both counsel indicate they need additional time to conduct plea negotiations. For good cause shown,

**IT IS ORDERED** that the Motions to Continue Trial [154] and [155] are granted, as follows:

1. The jury trial, **for all defendants**, now set for June 21, 2022, is continued to **August 1, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 1, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: June 1, 2022**.

                BY THE COURT:

                s/ Susan M. Bazis
                **United States Magistrate Judge**