IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JONATHON J. STIDHAM, JUSTIN T. HAIL,<br>JUSTIN B. AMES,<br><br>　　　　　　Defendants. | **8:21CR90**<br><br>**ORDER** |

　　　　This matter is before the court on the defendant Jonathon Stidham's Unopposed Motion to Continue Trial [167]. Counsel needs additional time to attempt to complete plea documents. The magistrate judge has communicated with the parties and finds the motion should be granted. Accordingly,

　　　　**IT IS ORDERED** that the Motion to Continue Trial [167] is granted, as follows:

1. The jury trial, **for all defendants**, now set for September 19, 2022, is continued to **November 28, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 28, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

　　　　**DATED: August 7, 2022**.

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　**s/ Susan M. Bazis**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**