IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>JONATHAN J. STIDHAM,<br><br>            Defendant. | 8:21CR90<br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 216). The Court has carefully reviewed the record in this case and finds as follows:

1. On December 7, 2022, defendant Jonathan J. Stidham ("Stidham") pleaded guilty to Counts 1 and 2 of the Superseding Indictment (Filing No. 86) and admitted paragraph 3(f) of the Forfeiture Allegation. Count 1 charged Stidham with conspiracy to distribute and possession with intent to distribute anabolic steroids, methamphetamine, N-Ethylhexedrone, and Alproazolam; in violation of 21 United States Code sections 841(a)(1), (b)(1) and 846.

Count 2 of the Superseding Indictment charged Stidham with conspiracy to launder money in violation of 18 United States Code section 1956(h).

2. The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853, of $5,993.47 in United States currency seized on or about April 2, 2021, from Stidham's Northwest Community Credit Union personal checking account xxxxxx6153 and business checking account xxxxxx6179, on the basis it was (a) used to facilitate the offenses charged in the Superseding Indictment or (b) derived from proceeds obtained directly or indirectly as a result of the commission of the offenses charged in the Superseding Indictment.

3. Based on Stidham's guilty plea and admission, Stidham forfeits his interest in the $5,993.47 in United States currency and the government is entitled to possession of any interest Stidham has in the $5,993.47 in United States currency pursuant to 21 U.S.C. § 853.

4. The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 216) is granted.

2. Based upon the Forfeiture Allegation of the Superseding Indictment (Filing No. 86) and Stidham's guilty plea and admission, the government is hereby authorized to seize the $5,993.47 in United States currency.

3. Stidham's interest in the $5,993.47 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The $5,993.47 in United States currency is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the $5,993.47 in United States currency in such manner as the Attorney General may direct, and notice that any person, other than Stidham, having or claiming a legal interest in the $5,993.47 in United States currency must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $5,993.47 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the $5,993.47 in United States currency and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $5,993.47 in United States currency as a substitute for published notice as to those persons so notified.

8. The property described in paragraphs 3(a) through 3(d) in the Forfeiture Allegation of the Superseding Indictment are hereby dismissed.

9. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 14th day of December 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge