IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JONATHAN J. STIDHAM,<br><br>                Defendant. | **8:21CR90**<br><br>**FINAL ORDER<br>OF FORFEITURE** |

       This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 250). The Court has reviewed the record in this case and finds as follows:

       1.     On December 14, 2022, the Court entered a Preliminary Order of Forfeiture (Filing No. 223), pursuant to 21 U.S.C. §§ 841(a)(1), (b)(1), 846, and 18 U.S.C. § 1956(h), and based upon defendant Jonathan J. Stidham ("Stidham") pleading guilting to Counts 1 and 2 of the Superseding Indictment (Filing No. 86) and admitting paragraph 3(f) of the forfeiture allegation. Under the Preliminary Order of Forfeiture, Stidham forfeited any interest he had in the $5,993.47 in United States currency seized on April 2, 2021, from Stidham's Northwest Community Credit Union personal checking account xxxxxx6153 and business checking account xxxxxx6179, to the government.

       2.     Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on December 17, 2022, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed in this case on February 15, 2023 (Filing No. 249).

3. The government has advised the Court that no petitions have been filed. A review of the record confirms that assertion.

4. The government's Motion for Final Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 250) is granted.
2. All right, title and interest in and to the $5,993.47 in United States currency taken on or about April 2, 2021, from Stidham's Northwest Community Credit Union personal checking account xxxxxx6153 and business checking account xxxxxx6179, held by any person or entity are forever barred and foreclosed.
3. The $5,993.47 in United States currency is forfeited to the government.
4. The government is directed to dispose of that currency in accordance with law.

Dated this 17th day of March 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge